UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose L. Rojas, Mateo Real, Arturo Loyola, Javier Cardona, William Cabeza, Clemente Caguana, Jesus Yupa, Victor J. Gil, Wilfredo Guillen, German T. Jimenez, Sergio De La Cruz, and Jose Emilio Rojas Bernal, individually and on behalf of all employees similarly situated,,<br><br>                              Plaintiffs,<br><br>                            - against -<br><br>S.H. General Contracting, LLC, SH General Construction Corp., SH GC Corp. and Samir Hoti,<br><br>                              Defendants. | Case No. 18-cv-10253<br><br>**CERTIFICATION OF JIAJING FAN** |

      Jiajing Fan, Esq., admitted to practice in the Courts of the State of New York and a member of the Bar of this court, and a member of the firm Hang & Associates, PLLC, attorney for plaintiff Jose L. Rojas, Mateo Real, Arturo Loyola, Javier Cardona, William Cabeza, Clemente Caguana, Jesus Yupa, Victor J. Gil, Wilfredo Guillen, German T. Jimenez, Sergio De La Cruz, and Jose Emilio Rojas Bernal, certifies and says:

      1.    I am familiar with all of the facts and proceedings heretofore had herein and make this certification in support of Plaintiff's application for damages under the FLSA and NYLL, and attorney's fees and costs under 17 U.S.C. § 505. A copy of the Scheduling Order for Damages Inquest dated May 29, 2019 is attached as Exhibit 1. A copy of Plaintiffs' bill detailing their attorney's fees, costs, and disbursements is attached as Exhibit 10.

      2.    Plaintiffs Jose L. Rojas, Mateo Real, Arturo Loyola, Javier Cardona, William Cabeza, Clemente Caguana, Jesus Yupa, Victor J. Gil, Wilfredo Guillen, German T. Jimenez, and Sergio De La Cruz (collectively "Plaintiffs") worked for Defendants in a variety of construction

positions including carpenters, painters, plasterers, and general laborers from approximately August 2016 through November 2018.

3. Defendants operate several general contracting companies that provide commercial and residential construction services throughout New York State and operate under a common trade name "SH-GC" located at 460 East 115th Street, Ste. 3R, New York, NY 10029.

4. Defendant Samir Hoti is the owner, officer, director, manager, shareholder, and/or agent of S.H. General Contracting, LLC, SH General Construction Corp., SH GC Corp. at 460 East 115th Street, Ste. 3R, New York, NY 10029 and participated in the day-to-day operations of the business and acted intentionally and maliciously and is an employer pursuant to FLSA, 29 U.S.C. §203d, and regulations promulgated thereunder, 29 C.F.R. §791.2, NYLL §2 and the regulations thereunder, and is jointly and severally liable with S.H. General Contracting, LLC, SH General Construction Corp., SH GC Corp.

5. A Summons and Complaint was filed in this action on November 6, 2018. A Copy of the Complaint is attached as Exhibit 2. Plaintiffs Wilfredo Guillen, German T Jimenez, Sergio De La Cruz and Jose Emilio Rojas Bernal joined the litigation by filling the consent to sue. A copy of Wilfredo Guillen has been attached to as Exhibit 3, a copy of German T. Jimenez has been attached to as Exhibit 4, a copy of Sergio De La Cruz has been attached to as Exhibit 5, a copy of Jose Emilio Rojas Bernal has been attached to as Exhibit 6.

6. Plaintiffs served the copies of the Summons and Complaint on corporate Defendants on November 27, 2018 by serving the Secretary of State. Plaintiffs served the copies of the Summons and Complaint on Individual Defendant on January 16, 2019 at Individual Defendant's dwelling address. A copy of the affidavits of service upon Defendants is attached as Exhibit 7.

7. Defendants (collectively "Defaulting Defendants") failed to answer the Complaint and the time for defendants to answer the complaint has expired.

8. On March 15, 2019, this Court entered an Order of Default against the Defaulting Defendants, ordering that plaintiff has judgment for damages against defaulting defendants in an amount to be determined by damage inquest plus costs and disbursements of this action to be determined by the court upon consideration of the submissions of counsel following the inquest. A copy of the Order of Default is attached as Exhibit 8.

9. Attached as Exhibit 9 is the damage calculations based on Plaintiffs' recollection of the hours worked.

10. Attached as Exhibit 10 is the attorney fees and costs in connection with our prosecution of this matter. It is a true representation of the time and costs actually borne by this firm in connection with this representation.

11. All of the time billed was reasonably necessary to secure the results we have achieved for our client thus far. Generally, this firm represents both plaintiffs and defendants with respect to litigating claims arising out of the employment relationship, including claims relating to employment discrimination, wage and hour issues, and contract disputes. While the majority of our plaintiff-side work is contingency based (as in this case), we typically charge by the hour when representing defendants. The traditional hourly billing rates of Jian Hang, Principal Attorney, is $350.

12. The hourly rate indicated in Exhibit 12 is in accordance with community standards and is representative of the hourly rates typically charged by Hang & Associates, PLLC for its work on wage and hour cases.

13. Jian Hang, Esq. has practiced law for over 10 years, during which he devoted approximately 70% of his time to employment-related issues. The remainder of his time is typically spent advising employers and employees about their legal rights and remedies, or litigating in other areas of the law.

14. Jian Hang, Esq. has litigated numerous employment related claims of discrimination and breach of contract claims.

15. We respectfully submit that Jian Hang, Esq.'s years of experience and the fact that his practice focuses primarily on employment law, with a significant percentage devoted to wage and hour litigation in particular, warrants the hourly rate we seek in this case of $350 per hour.

16. The number of attorney hours represented in the attorney worksheet is reasonable and represents hours that were necessarily expended on this litigation.

I hereby certify that the foregoing statements I made are true. I am aware that is any of the foregoing statements are willfully false, I am subject to punishment.


Dated:   Flushing, New York           HANG & ASSOCIATES, PLLC.
         June 28, 2019

                                      /S/ JIAJING FAN
                                      Jiajing Fan, Esq.
                                      136-20 38th Ave., Suite 10G
                                      Flushing, New York 11354
                                      Tel: 718.353.8588
                                      jfan@hanglaw.com
                                      *Attorneys for Plaintiff*