USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSE L. ROJAS, individually and on behalf of
All employees similarly situated,
                    Plaintiffs,

18 **CIVIL** 10253 (VSB) (RWL)

-against-

**JUDGMENT**

SH GENERAL CONTRACTING CORP. et al.,
                 Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 25, 2019, Magistrate Judge Robert W. Lehrburger's Report and Recommendation is adopted in its entirety; Plaintiffs are awarded $316,395.04 in unpaid overtime wages and statutory; $15,630.00 in attorneys' fees; and $884.00 in costs and disbursements; for a total sum of $362,944.90; Additionally, Plaintiffs are awarded pre-judgment interest at a rate of 9% calculated from November 6, 2018, through the date of final judgment in the sum of $30,035.86 for a total sum of $362,944.90.

**Dated:** New York, New York
        November 26, 2019

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/26/2019